AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | | |
|---|---|---|
| REEBOK INTERNATIONAL LTD., a Massachusetts corporation; and REEBOK INTERNATIONAL LIMITED, a foreign entity, | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 3:16-cv-01618-SI |
| TRB ACQUISITIONS LLC, a New York LLC; RBX.COM LLC, a New York LLC; ELITE PERFORMANCE FOOTWEAR LLC, a New York LLC; RBX ACTIVE 01 LLC, a New York LLC; and RBX DIRECT LLC, a New York LLC, | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    TRB Acquisitions LLC
    34 West 33rd Street, 9th Floor
    New York, NY 10001

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Stephen M. Feldman, OSB No. 932674
    Perkins Coie LLP
    1120 N.W. Couch Street, Tenth Floor
    Portland, OR 97209-4128

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                     *CLERK OF COURT*

Date: _____

                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| REEBOK INTERNATIONAL LTD., a Massachusetts corporation; and REEBOK INTERNATIONAL LIMITED, a foreign entity,<br><br>*Plaintiff(s)*<br><br>v.<br><br>TRB ACQUISITIONS LLC, a New York LLC; RBX.COM LLC, a New York LLC; ELITE PERFORMANCE FOOTWEAR LLC, a New York LLC; RBX ACTIVE 01 LLC, a New York LLC; and RBX DIRECT LLC, a New York LLC,<br><br>*Defendant(s)* | Civil Action No. 3:16-cv-01618-SI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RBX Direct LLC
c/o New York Secretary of State, as Agent
NY Department of State
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Feldman, OSB No. 932674
Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| REEBOK INTERNATIONAL LTD., a Massachusetts corporation; and REEBOK INTERNATIONAL LIMITED, a foreign entity,<br><br>*Plaintiff(s)*<br><br>v.<br><br>TRB ACQUISITIONS LLC, a New York LLC; RBX.COM LLC, a New York LLC; ELITE PERFORMANCE FOOTWEAR LLC, a New York LLC; RBX ACTIVE 01 LLC, a New York LLC; and RBX DIRECT LLC, a New York LLC,<br><br>*Defendant(s)* | Civil Action No. 3:16-cv-01618-SI |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   RBX Active 01 LLC
c/o New York Secretary of State, as Agent
NY Department of State
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Feldman, OSB No. 932674
Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| REEBOK INTERNATIONAL LTD., a Massachusetts corporation; and REEBOK INTERNATIONAL LIMITED, a foreign entity, <br><br> *Plaintiff(s)* <br> v. <br> TRB ACQUISITIONS LLC, a New York LLC; RBX.COM LLC, a New York LLC; ELITE PERFORMANCE FOOTWEAR LLC, a New York LLC; RBX ACTIVE 01 LLC, a New York LLC; and RBX DIRECT LLC, a New York LLC, <br><br> *Defendant(s)* | Civil Action No. 3:16-cv-01618-SI |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Elite Performance Footwear LLC
c/o New York Secretary of State, as Agent
NY Department of State
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Feldman, OSB No. 932674
Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____
                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| REEBOK INTERNATIONAL LTD., a Massachusetts corporation; and REEBOK INTERNATIONAL LIMITED, a foreign entity,<br><br>*Plaintiff(s)*<br><br>v.<br><br>TRB ACQUISITIONS LLC, a New York LLC; RBX.COM LLC, a New York LLC; ELITE PERFORMANCE FOOTWEAR LLC, a New York LLC; RBX ACTIVE 01 LLC, a New York LLC; and RBX DIRECT LLC, a New York LLC,<br><br>*Defendant(s)* | Civil Action No. 3:16-cv-01618-SI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    RBX.com LLC
    c/o New York Secretary of State, as Agent
    NY Department of State
    One Commerce Plaza
    99 Washington Avenue
    Albany, NY 12231

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Stephen M. Feldman, OSB No. 932674
    Perkins Coie LLP
    1120 N.W. Couch Street, Tenth Floor
    Portland, OR 97209-4128

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                            *CLERK OF COURT*

Date: _____            _____
                            *Signature of Clerk or Deputy Clerk*